IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                    NO. 4:05CR00066-001 SWW

CRAIG L. WATSON

**ORDER**

Before the Court is the second motion by defense counsel for a suspension of the due date for filing objections to the presentence report in the above matter. For good cause shown, the Court finds that the motion should be, and it hereby is, granted to the extent that defendant has up to and including May 15, 2006, to submit any objections to the presentence report.

IT IS SO ORDERED this 30th day of March, 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE