```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
```

UNITED STATES OF AMERICA

v.                                        No. 4:05CR00066-001 SWW

CRAIG WATSON

## FINAL ORDER OF FORFEITURE

WHEREAS, on March 15, 2006, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit the subject property listed below:

(A) One Brown 2001 Cadillac DeVille, License Number 254 GWY; VIN 1G6KD54Y31U184227, and

(B) One White 1964 Chevrolet Impala SS, License No. 42200, VIN 41447S201765, and

WHEREAS, the United States caused to be published in the Arkansas Democrat Gazette, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant Craig Watson had an interest in the property that is subject to forfeiture pursuant to 21 U.S.C. §853;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the subject property is hereby forfeited to the United States of America pursuant to 21 U.S.C. §853(n)(7);

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

SO ORDERED this 3rd day of July, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE