**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.   NO.   4:05CR00066-001 SWW

CRAIG L. WATSON

## ORDER

For the reasons set forth in a hearing conducted in this matter on July 10, 2006, defendant's motion for a new trial is denied.

IT IS SO ORDERED this 12th day of July, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE