Order Regarding Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

UNITED STATES OF AMERICA

V.

CRAIG L. WATSON

| | |
|---|---|
| Case Number: | 4:05-CR-00066-01-SWW |
| USM Number: | 23345-009 |

**Date of Original Judgment:** <u>July 10, 2006</u>

**Date of Previous Amended Judgment:** <u>N/A</u>
*(Use Date of Last Amended Judgment if Any)*

<u>Kim Driggers</u>
Defendant's Attorney

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(2)

Upon motion of   **X** the defendant        ☐ the Director of the Bureau of Prisons         ☐ the court
under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline
sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing
Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account
the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a),
to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.
   **X** GRANTED and the defendant's previously imposed sentence of imprisonment of
      276 months **is reduced to 240 months.**

Except as provided above, all provisions of the judgment dated July 10, 2006 will remain in effect.

**IT IS SO ORDERED.**

Order Date: 12/15/2011

<u>/s/Susan Webber Wright</u>
United States District Judge